Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  AARON P. MOORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON P. MOORE, | ) No. 2:16-cv-00986 DB |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO EXTEND |
| | ) BRIEFING SCHEDULE |
| vs. | ) |
| | ) |
| CAROLYN COLVIN, Acting Commissioner | ) |
| | ) |
| of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT[1]:

Plaintiff Aaron P. Moore ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to December 14, 2016; and that Defendant shall have until January 13, 2017, to file her opposition.  Any reply by plaintiff will be due February 3, 2017.

---

[1] This action was reassigned to the undersigned on August 3, 2016.  (ECF No. 10.)

-1-

This Court is aware that Counsel's Spouse battled Stage IV breast cancer which metastasized initially to her liver and continued to progress with tumors in her lungs, spine and brain.  After exhausting all known chemotherapy treatments over 18 months ago and surviving on willful determination and profound faith alone Counsel's wife has succumbed to her illness.  On September 30, 2016 Counsel gently held his wife as she relinquished her fight and passed away. Counsel requires the time to deal with providing the appropriate respect to his spouse.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: October 13, 2016          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff KARL E. CHRISTENSEN


DATED:  October 13, 2016    BENJAMIN WAGNER
United States Attorney


*/S/- Jeffrey T. Chen

_____
Jeffrey T. Chen
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: October 17, 2016                    /s/ DEBORAH BARNES
                                                                   UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.soc sec\moore0986.stip.eot.ord