Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Aaron P. Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON P. MOORE, | ) No. 2:16-cv-00986-DB |
| | ) |
| Plaintiff, | ) STIPULATION FOR THE AWARD |
| | ) AND PAYMENT OF ATTORNEY |
| vs. | ) FEES AND EXPENSES PURSUANT |
| | ) TO THE EQUAL ACCESS TO |
| NANCY A. BERRYHILL, Acting | ) JUSTICE ACT, 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 |
| | ) U.S.C. § 1920 |
| | ) |
| Defendant. | ) |
| | ) |

TO THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Aaron P. Moore be awarded attorney fees and expenses in the amount of FOUR THOUSAND dollars ($4,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Aaron P. Moore, the government will consider the matter of Aaron P. Moore's assignment of EAJA fees to Steven G. Rosales. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Aaron P. Moore, but if the Department of the Treasury determines that Aaron P. Moore does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Aaron P. Moore.[1] Any payments made shall be delivered to Steven G. Rosales.

This stipulation constitutes a compromise settlement of Aaron P. Moore's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Aaron P. Moore and/or Steven G. Rosales including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Steven G. Rosales and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

DATE: November 30, 2017     Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Steven G. Rosales*
                            BY:_____
                                    Steven G. Rosales
                                    Attorney for plaintiff Aaron P. Moore

DATED: December 8, 2017     PHILLIP A. TALBERT
                            United States Attorney

                                    /s/ *Michael K. Marriott*
                            _____
                            MICHAEL K. MARRIOTT
                            Special Assistant United States Attorney
                            Attorneys for Defendant Nancy A. Berryhill,
                            Acting Commissioner of Social Security
                            (Per e-mail authorization)

                            <u>ORDER</u>

    Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED:  May 10, 2018            /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE